Harrison et vir., Appellants, *v.* Pittsburgh et al.

Argued April 20, 1945. Before BALDRIGE, P. J., RHODES, HIRT, RENO, ROSS and ARNOLD, JJ. (DITHRICH, J., absent).

 

*Clyde Bailey,* of *Bailey & Critchfield,* for appellants.

*Hugh P. Sowers,* for additional defendant-appellee.

*James G. Legnard,* Assistant City Solicitor, with him *Anne X Alpern,* City Solicitor, for appellee.

Per Curiam, April 26, 1945:

The judges who sat at the argument of this case being equally divided in opinion, the judgments are affirmed.